**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 06-0408-28-CR-W-GAF |
| | ) | |
| **DUNG A. NGUYEN and SANTO J.** | ) | |
| **VOLPE, an interested party,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On March 4, 2009, this Court entered an Order to Show Cause why Santo J. Volpe ("Volpe") should not be held in criminal contempt for being unprepared for Defendant Dung A. Nguyen's sentencing hearing–set for Tuesday, March 3, 2009 but postponed to Wednesday, March 4, 2009–after the many continuances granted at Volpe's request as reflected in the record. (Doc. #998). The Court set a hearing on the matter for Friday, April 10, 2009 at 9 a.m. *Id.* On April 2, 2009, the Court appointed Mike Yonke as Volpe's counsel. (Doc. #1019). On Mr. Yonke's request, it is

ORDERED that the show cause hearing set for Friday, April 10, 2009 be continued to Friday, May 8, 2009 at 1:30 p.m. in Courtroom 8A, United States District Court for the Western District of Missouri, 400 East 9th Street, Kansas City, Missouri. Volpe and his counsel are directed to be present at this time.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 10, 2009